UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

ARLENE WASHBURN,

                Plaintiff,

    -against-                            ORDER

MATCHMAKING INSTITUTE, INC. and LISA     19 Civ. 4421 (GBD)
CLAMPITT,

                Defendants.

------------------------------------x

GEORGE B. DANIELS, United States District Judge:

Oral argument on Defendants' motion to dismiss is adjourned from December 11, 2019 to January 16, 2020 at 10:30 am.

Dated: New York, New York
       November 21, 2019

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge