UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x

ARLENE WASHBURN,

                    Plaintiff,

    -against-                           ORDER

MATCHMAKING INSTITUTE, INC. and LISA     19 Civ. 4421 (GBD)
CLAMPITT,

                    Defendants.
------------------------------------x

GEORGE B. DANIELS, United States District Judge:

Oral argument on Defendants' motion to dismiss is adjourned from January 16, 2020 to January 21, 2020 at 10:30 am.

Dated: New York, New York
       January 15, 2020

                                            SO ORDERED.

                                            GEORGE B. DANIELS
                                            United States District Judge