**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------- x

ARLENE WASHBURN and AVCONNEXIONS, LLC,

                      Plaintiffs,

    -against-

MATCHMAKING INSTITUTE, INC. and LISA CLAMPITT,

                      Defendants.

------------------------------------- x



ORDER

19 Civ. 4421 (GBD)

GEORGE B. DANIELS, United States District Judge:

For the reasons stated on the record during today's oral argument, Defendants Matchmaking Institute, Inc. and Lisa Clampitt's motion to dismiss, (ECF No. 24), is GRANTED in part as to all claims brought by Plaintiff AVConnexions, LLC and all claims brought against Defendant Lisa Clampitt, without prejudice to Plaintiffs Arlene Washburn and AVConnexions, LLC's application to amend within 30 days of this order. The Clerk of Court is directed to close the motion accordingly.

Dated: New York, New York
       January 21, 2020

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge