**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

ARLENE WASHBURN,

                   Plaintiff,

     -against-

MATCHMAKING INSTITUTE, INC.,

                 Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

**ORDER**

19 Civ. 4421 (GBD)

GEORGE B. DANIELS, United States District Judge:

This Court having been advised that the parties have reached a settlement in principle, the

Clerk of the Court is hereby ORDERED to close the above-captioned action, without prejudice to

restoring the action to this Court's calendar if an application to restore is made within thirty (30)

days of this Order.

The conferences scheduled for October 21, 2020 and January 6, 2021 are canceled.

Dated: New York, New York
      October 8 2020

                           SO ORDERED.

                           *George B. Daniels*

                           GEORGE B. DANIELS
                           United States District Judge